IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 5

IN RE: Washington Mutual Inc et al

| | | |
|---|---|---|
| Official Committee of Equity Security Holders | ) ) ) ) ) | |
| Appellant | ) | Civil Action No. 10-504 |
| v. | ) ) ) ) | |
| Appellee | ) | Bankruptcy Case No. 08-12229 BAP 10-56 |

## NOTICE OF DOCKETING

A Notice of Appeal of the following order of the Bankruptcy Court dated 5/5/2010 was docketed in the District Court on 6/10/2010

>Order Denying the Motion of the Official Committee of Equity
>Security Holders for the Appointment of an Examiner

A Request for Certification of Direct Appeal to the U.S. Court of Appeals and related documents were also docketed in the District Court on 6/10/2010.

Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

>Peter T. Dalleo
>Clerk of Court

Date: 6/10/2010
To: U.S. Bankruptcy Court
      Counsel